# License Verification

Data As Of **8/10/2010**

**MARIE WILDA ANDRE**
LICENSE NUMBER: PN5186878

**Profession**
LICENSED PRACTICAL NURSE

**License/Activity Status**
CLEAR/ACTIVE

**License Expiration Date**
7/31/2011

**License Original Issue Date**
03/24/2009

**Discipline on File**
NO

**Public Complaint**
NO

**Address of Record**

MIAMI, FL   33136
UNITED STATES

The information on this page is a secure, primary source for license verification provided by The Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.



DEFENDANT'S EXHIBIT 1
Andre
S-8-14  MT

0284 ANDRE